UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL RAMOS QUIROZ aka Cristobal Varela,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 1:21-cv-00364-SAB (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IN FORMA PAUPERIS APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff has filed this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971). Plaintiff neither filed an application to proceed in forma pauperis on the correct form nor paid the $402.00 filing fee in full. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $402.00 filing fee in full; and

3. Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **March 11, 2021**

UNITED STATES MAGISTRATE JUDGE

1