UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL RAMOS QUIROZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No.: 1:21-cv-00364-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 4) |

　　　　Plaintiff Cristobal Ramos Quiroz is proceeding *pro se* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

　　　　On March 11, 2021, the Court sent Plaintiff a regular civil in forma pauperis application, directed Plaintiff to complete and submit the form or pay the $402.00 filing fee within thirty days. (ECF No. 4.)  Plaintiff has failed to comply with the order and the time to so has now passed. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed.  Failure to comply with this order will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated: __**April 19, 2021**__　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1