**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTOBAL RAMOS QUIROZ,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Case No.: 1:21-cv-00364-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE, DIRECTING CLERK OF COURT TO SEND PLAINTIFF A REGULAR CIVIL IN FORMA PAUPERIS APPLICATION, AND DIRECTING PLAINTIFF TO COMPLETE AND SUBMIT THE APPLICATION WITHIN THIRTY DAYS<br><br>(ECF Nos. 4, 5) |

Plaintiff Cristobal Ramos Quiroz is proceeding *pro se* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

On March 11, 2021, the Court sent Plaintiff a regular civil *in forma pauperis* application, directed Plaintiff to complete and submit the form or pay the $402.00 filing fee within thirty days. (ECF No. 4.) Plaintiff failed to comply with the Court's order. Therefore, on April 20, 2020, the Court ordered Plaintiff to show cause why the action should not be dismissed. (ECF No. 5.) Plaintiff filed a response on May 3, 2021. Plaintiff indicates that he is without funds to be the filing fee. However, Plaintiff has failed to complete and submit the *in forma pauperis application* that was previously provided to him on March 11, 2021. Plaintiff is advised that the Court cannot grant *him in forma pauperis* status without the completion of the proper application. Accordingly, the Court will send Plaintiff another copy of the *in forma pauperis* application.

Based on the foregoing, it is HEREBY ORDERED that:

1. The April 20, 2020 order to show cause is discharged;

2. The Clerk of Court shall send Plaintiff a regular civil *in forma pauperis* application;

1

3. Plaintiff is directed to complete and submit the *in forma pauperis* form or pay the $402.00 filing within thirty days from the date of service of this order; and

4. The failure to complete and submit the *in forma pauperis* application or pay the filing fee will result in a recommendation that the action be dismissed.

IT IS SO ORDERED.

Dated: **May 4, 2021**

UNITED STATES MAGISTRATE JUDGE