# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTOBAL RAMOS QUIROZ,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.: 1:21-cv-00364-SAB (PC)<br><br>ORDER VACATING MAY 24, 2021 ORDER, AND GRANTING PLAINTIFF *IN FORMA PAUPERIS* STATUS<br><br>(ECF Nos. 8, 12) |

    Plaintiff Cristobal Ramos Quiroz is proceeding *pro se* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).

    On May 24, 2021, the Court issued an order granting Plaintiff's motion to proceed in forma pauperis. However, the Court inadvertently issued the order for a prisoner but Plaintiff is not in custody.

    Accordingly, it is HEREBY ORDERED that Plaintiff's application demonstrates entitlement to proceed without prepayment of fees and his motion to proceed *in forma pauperis* is granted. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

Dated:   **June 1, 2021**

UNITED STATES MAGISTRATE JUDGE

1