**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTOBAL RAMOS QUIROZ, | ) Case No.: 1:21-cv-00364-AWI-SAB (PC) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATIONS AND DISMISSING |
| | ) ACTION |
| UNITED STATES OF AMERICA, | ) |
| | ) (Doc. No. 18) |
| Defendant. | ) |
| | ) |

Plaintiff Cristobal Ramos Quiroz is proceeding *pro se* in this civil rights action pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971).   This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2021, the assigned magistrate judge issued findings and recommendations recommending dismissal of this action for failure to state a cognizable claim for relief.  (Doc. No. 18.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 12-13.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

///

///

///

1

Accordingly,

1. The findings and recommendations issued on August 25, 2021, (Doc. No. 18), are adopted in full;

2. This action is dismissed for failure to state a cognizable claim for relief; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 20, 2021

SENIOR  DISTRICT  JUDGE